```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


WILLIAM D. COBB,                    )
                                    )
            Plaintiff,              )
                                    )
       v.                           )    No. 4:05 CV 1874 SNL
                                    )                     DDN
JO ANNE B. BARNHART,                )
Commissioner of                     )
Social Security,                    )
                                    )
            Defendant.              )
```

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This action is before the court upon the motion of defendant Commissioner of Social Security to reverse and remand (Doc. 16). The matter was referred to the undersigned United States Magistrate Judge for review and a recommended disposition in accordance with 28 U.S.C. § 636(b).

The Commissioner seeks remand under Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings in which the Administrative Law Judge will be directed to provide plaintiff with the opportunity for a new hearing where plaintiff may submit additional evidence. Following all proceedings, the ALJ shall be directed to (1) issue a new decision which includes an evaluation of plaintiff's subjective complaints that complies with 20 C.F.R. § 404.1529 and Social Security Ruling 96-7p; (2) address all of the medical opinions of record and articulate the weight given to each in accordance with 20 C.F.R. § 404.1527; (3) if the opinion of a treating source is rejected, articulate specific reasons for doing so; and (4) provide a residual functional capacity assessment that is supported by medical evidence.

Whereupon,

**IT IS HEREBY RECOMMENDED** that the motion of defendant (Doc. 16) be sustained, and that, under Sentence Four of 42 U.S.C. § 405(g), this action be reversed and remanded to the Commissioner for further administrative proceedings as set forth above.

The parties are advised that they have ten days in which to file written objections to this Report and Recommendation.

/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on March 16, 2006.