# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM D. COBB, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. 4:05cv1874 SNL/DDN |
| JO ANNE B. BARNHART, Commissioner ) of Social Security, ) ) ) | |
| Defendant. ) | |

## ORDER

The review and recommendation of United States Magistrate Judge David D. Noce (#17), filed March 16, 2006, is before the Court. Neither party has responded. After review of the file, it appears that the recommendation should be adopted.

Accordingly,

**IT IS HEREBY ORDERED** that the review and recommendation of United States Magistrate Judge David D. Noce is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this cause of action be and is hereby **REVERSED** and **REMANDED**, pursuant to Sentence Four of 42 U.S.C. §405(g), to the Commissioner for further proceedings consistent with the Magistrate Judge's report and recommendation. The Court does not retain jurisdiction of this matter.

Dated this 28th day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE