UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM D. COBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV1874-SNL |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff's request for attorney's fees in the sum of One Thousand Seven Hundred Eighty Six and 95/100 ($1,786.95) is before the Court. Defendant has no objection.

**IT IS THEREFORE ORDERED** that plaintiff shall have judgment against the defendant in the sum of One Thousand Seven Hundred Eighty Six and 95/100 ($1,786.95).

Dated this 19th day of May, 2006.

*[signature: Stephen N. Limbaugh]*

SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com